# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MI-94, LLC,

        Plaintiff(s),

vs.

Chemetall US, Inc. et al,

        Defendant(s).

Case #2:23-cv-00647-CDS-DJA

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00
[ECF No. 24]

_____ERIC P. EARLY_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

EARLY SULLIVAN WRIGHT GIZER & McRAE LLP
(firm name)

with offices at _____6420 Wilshire Boulevard, 17th Floor_____,
(street address)

___Los Angeles___, ___California___, ___90048___,
(city) (state) (zip code)

___(323) 301-4660___, ___eearly@earlysullivan.com___.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

___MI-94, LLC___ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since December 2, 1993 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of California (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Central District of California | 10/26/2009 | 166275 |
| Southern District of California | 08/31/1994 | 166275 |
| Colorado Judicial Department | 03/16/2021 | |
| Supreme Court of the United States | 01/13/1997 | |
| U.S. Court of Appeals, Fourth Circuit | 03/03/2022 | 166275 |
| U.S. Court of Appeals, Seventh Circuit | 07/16/2004 | 166275 |
| U.S. Court of Appeals, Ninth Circuit | 07/13/2009 | 166275 |
| West Virginia Southern District Court | 04/12/2019 | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

N/A.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| March 22, 2023 | A-23-866790-C | Eighth Judicial Dist. (Nev.) | Granted |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1    That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2    FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ____California____ )
)
COUNTY OF ____Los Angeles____ )

____Eric Peter Early____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

_____day of_____, _____.

_____
Notary Public or Clerk of Court

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____Scott E. Gizer____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

____8716 Spanish Ridge Avenue, Suite 105____,
(street address)

____Las Vegas____, ____Nevada____, ____89148____,
(city)            (state)           (zip code)

____(702) 331-7593____, ____sgizer@earlysullivan.com____.
(area code + telephone number)    (Email address)

4

Rev. 5/16

**CALIFORNIA ACKNOWLEDGMENT**  CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of ___Los Angeles___

On ___May 4, 2023___ before me, ___Robie Ann W. Atienza-Jones___,
   Date                                      Here Insert Name and Title of the Officer

personally appeared ___Eric Peter Early___
                        Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

[Notary Seal: Robie Ann W. Atienza-Jones, Comm. # 2434068, Los Angeles County, California - Notary Public, Comm. Expires Jan 13, 2027]

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature ___[signature]___
            Signature of Notary Public

Place Notary Seal and/or Stamp Above

─────────────────── OPTIONAL ───────────────────

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _____
Document Date: _____ Number of Pages: _____
Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____         Signer's Name: _____
☐ Corporate Officer – Title(s): _____    ☐ Corporate Officer – Title(s): _____
☐ Partner – ☐ Limited ☐ General              ☐ Partner – ☐ Limited ☐ General
☐ Individual       ☐ Attorney in Fact         ☐ Individual       ☐ Attorney in Fact
☐ Trustee          ☐ Guardian or Conservator  ☐ Trustee          ☐ Guardian or Conservator
☐ Other: _____                    ☐ Other: _____
Signer is Representing: _____             Signer is Representing: _____

©2019 National Notary Association

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Scott E. Gizer_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_[signature]_
(party's signature)

William E. Newbauer III, Manager
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_[signature]_
Designated Resident Nevada Counsel's signature

12216                     sgizer@earlysullivan.com
Bar number                Email address

APPROVED:

Dated: this  11th  day of  May , 20 23 .

_[signature]_
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

## ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of ____Los Angeles____ )

On _May 9, 2023_ before me, __Michael D. First, Notary Public__
(insert name and title of the officer)

personally appeared __Scott E. Gizev__,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Michael D. First_   (Seal)

MICHAEL D. FIRST
COMM. #2402695
Notary Public - California
Los Angeles County
My Comm. Expires May 28, 2026