Scott E. Gizer, Esq., Nevada Bar No. 12216
  sgizer@earlysullivan.com
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Eric P. Early, State Bar Number 166275
(*Pro Hac Vice*)
  eearly@earlysullivan.com
Jeremy J. F. Gray, State Bar Number 150075
(*Pro Hac Vice*)
  jgray@earlysullivan.com
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048
Telephone: (323) 301-4660
Facsimile: (323) 301-4676

Attorneys for Plaintiff
MI-94, LLC, also known as
METALAST INTERNATIONAL LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MI-94, LLC,<br><br>                Plaintiff<br><br>     vs.<br><br>CHEMETALL US, INC., et al.,<br><br>                Defendants | Case No.: 2:23-cv-00647-CDS-DJA<br><br>**STIPULATION AND ORDER EXTENDING BREIFING SCHEDULE ON MOTIONS TO DISMISS**<br><br>**(FIRST REQUEST)** |



STIPULATION AND ORDER

733390.1

COMES NOW, Plaintiff MI-94 ("MI-94" or "Plaintiff"), on the one hand, and Defendants Albemarle Corporation, Chemetall US, Inc., BASF Corporation, Qualichem Inc., Miles Chemical Company, John Schneider & Associates, Inc., Broco Products, Inc., Southern Industrial Chemicals, Inc., Dean Meiling, Madylon Meiling, DSM Partners, LLC, and Chemeon Surface Technology (collectively "Defendants"), on the other hand, by and through their respective attorneys of record, and hereby agree and stipulate as follows:

Defendants in this matter have filed two Motions to Dismiss raising a variety of issues. In order to allow Plaintiff time to brief these issues and to allow Defendants an equivalent time to Reply, the parties have stipulated to extend the due date for the Oppositions and Replies by two weeks and respectfully request that the Court order as such.

1. On August 7, 2023 Defendant Albemarle Corporation filed a Motion to Dismiss raising five separate issues.

2. On August 7, 2023 Defendants Chemetall US, Inc., BASF Corporation, Qualichem Inc., Miles Chemical Company, John Schneider & Associates, Inc., Broco Products, Inc., Southern Industrial Chemicals, Inc., Dean Meiling, Madylon Meiling, DSM Partners, LLC, and Chemeon Surface Technology filed a Motion to Dismiss raising nine separate issues. (Both motions to dismiss are hereafter referred to as the "Motions".)

3. Under LR 7-2(b), Plaintiff's response to the Motions is due on August 21, 2023.

4. Under LR 7-2(b), the reply briefs to the Motions would be due on August 28, 2023.

In order to provide each party with additional time to brief these issues the parties have stipulated, and hereby respectfully request that this Court extend the briefing schedule by two weeks. Specifically, the parties stipulate that, if the Court agrees:

1. Plaintiff's Oppositions to the Motions shall be filed on or before September 5, 2023.

2. Defendants' Replies to these Oppositions shall be filed on or before September 26, 2023.

3. This is the first stipulation for extension of time to brief the Motions to Dismiss, which is made in good faith and not for the purposes of delay.

IT IS SO STIPULATED.

Dated: August 14, 2023          EARLY SULLIVAN WRIGHT
                                GIZER & McRAE LLP

                                By: /s/ Jeremy Gray
                                    JEREMY J.F. GRAY
                                    Attorneys for Plaintiff
                                    MI-94, LLC, as successor to
                                    METALAST INTERNATIONAL LLC

Dated: August 14, 2023          MCDONALD CARANO LLP

                                By: /s/ Adam Hosmer-Henner
                                    ADAM HOSMER-HENNER
                                    JANE SUSSKIND
                                    Attorneys for Defendants Chemetall US, Inc.,
                                    BASF Corporation, Qualichem Inc.,
                                    Miles Chemical Company, John Schneider
                                    and Associates Inc., Broco Products, Inc.,
                                    Southern Industrial Chemicals, Inc., Dean
                                    Meiling, Madylon Meiling, DSM Partners,
                                    LLC, and Chemeon Surface Technology

Dated: August 14, 2023          PARSONS, BEHLE & LATIMER

                                By: /s/ Rew Goodenow
                                    REW GOODENOW
                                    Attorneys for Defendant Albemarle Corporation

Dated: August 14, 2023          PHELPS DUNBAR LLP

                                By: /s/ R. Andrew Patty II
                                    R. ANDREW PATTY II
                                    LINDSAY CALHOUN
                                    Attorneys for Defendant Albemarle Corporation

                                **IT IS ORDERED.**

                                By: _____
                                    HON. CRISTINA D. SILVA
                                    UNITED STATES DISTRICT JUDGE

                                DATED: August 15, 2023

