Scott E. Gizer, Esq., Nevada Bar No. 12216
 sgizer@earlysullivan.com
EARLY SULLIVAN WRIGHT
 GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Eric P. Early, State Bar Number 166275
(*Pro Hac Vice*)
 eearly@earlysullivan.com
Jeremy J. F. Gray, State Bar Number 150075
(*Pro Hac Vice*)
 jgray@earlysullivan.com
EARLY SULLIVAN WRIGHT
 GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048
Telephone: (323) 301-4660
Facsimile: (323) 301-4676

Attorneys for Plaintiff
MI-94, LLC, also known as
METALAST INTERNATIONAL LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MI-94, LLC, <br><br>                Plaintiff <br><br> vs. <br><br> CHEMETALL US, INC., et al., <br><br>                Defendants | Case No.: 2:23-cv-00647-CDS-DJA <br><br> **JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF DUBOIS CHEMICALS, INC., ONLY** |



733554.1

**STIPULATION AND ORDER**

COMES NOW, Plaintiff MI-94, on the one hand, and Defendant Dubois Chemicals, Inc., on the other hand, by and through their respective attorneys of record, and hereby agree and stipulate as follows:

1. The above-captioned action is dismissed in its entirety with prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, as to Defendant DuBois Chemicals, Inc. only.

2. Neither party shall seek an award of costs, disbursements, or fees, including attorneys' fees, from the other party with respect to this action.

**IT IS SO STIPULATED.**

Dated: August 15, 2023

EARLY SULLIVAN WRIGHT
GIZER & McRAE LLP

By: /s/ Jeremy Gray
JEREMY J.F. GRAY
Attorneys for Plaintiff
MI-94, LLC, as successor to
METALAST INTERNATIONAL LLC

Dated: August 15, 2023

HOWARD & HOWARD ATTORNEYS PLLC

By: /s/ W. West Allen
W. WEST ALLEN
CONNOR J. BODIN
Attorneys for Defendant
DUBOIS CHEMICALS, INC.

**IT IS SO ORDERED.**

By: _____
HON. CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE

DATED: August 16, 2023

